# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS PEREZ-SANCHEZ,

    Defendant.

**WARRANT FOR ARREST**

Case No. 16 mj 74-8J

To: The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest **JESUS PEREZ-SANCHEZ** and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with Illegal Re-Entry of Previously Deported Alien into the United States in violation of 8 U.S.C. §§ 1326(a)(1) and (2).

**HON. R. MICHAEL SHICKICH**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Court Judge
Title of Issuing Officer

August 22, 2016, at Casper, Wyoming
Date and Location

By Deputy Clerk

By: [signature]

Bail fixed at
$ _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |